**Order entered September 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00582-CV

## WHITING OIL AND GAS CORPORATION, Appellant

### V.

## CRISSY ANN BELLAH, ANESTA MARI BELLAH, ROGAN ASAPH BELLAH, AND STANLEY GUNNER BELLAH, JR., INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF STANLEY DONALD BELLAH, DECEASED, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-02502

## ORDER

Before the Court is appellees' September 14, 2016 second unopposed motion for extension of time. We **GRANT** appellees' motion. Appellees' brief shall be filed within **THIRTY DAYS** from the date of this order. No further extensions will be granted in this accelerated appeal absent extenuating circumstances.

/s/ ELIZABETH LANG-MIERS
JUSTICE